Name: LORI ADAMS-BENJAMIN
Address: 8721 VERLANE DRIVE
SAN DIEGO, CA 92119
Telephone Phone: 619-843-3400
Email: benjilori1@yahoo.com

**FILED**
Oct 22 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ Julleo DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Lori Adams-Benjamin,

Plaintiff(s),

v.

Kevin K. McAleenan
acting Secretary
Department of Homeland Security

Defendant(s).

Case No.: '19CV2029 JLS AGS
(assigned at time of filing)

**COMPLAINT**

I. **RELATED CASES**

a. Do you have other Civil Case(s) in this or any other federal court?

☐ Yes  ☒ No

b. If yes, please list the case numbers here:

II. **STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

2 pages

**Statement of Claim:**

I, Lori Adams am bringing action against my former employer for employment discrimination and retaliation. I was employed by Homeland Security in a TSA position for seven years. I passed my physical requirement exams quarterly. I began to have issues with discrimination when a new manager, **Angelique Garcia**, was hired. She began targeting me by taking issue with my use of FMLA (The Family and Medical Leave Act) She discussed it in front of employees and started to spread false rumors about me, which is a violation of HIPPA laws as well as harassment. (Health Insurance Portability and Accountability).

She used me as an excuse not to allow other employees time off, stating I might take FMLA which would leave them short staffed. She used my FMLA status against me, and attempted to influence my co-workers into having hostile feelings towards me.

Another female employee Diana Shore also made use of her FMLA leave, but was not signaled out or harassed as I was.

I received a letter of reprimand from supervisor **Joanie Hernandez,** on July 29, 2013, stating "unprofessional conduct" while I was out on FMLA. But no such occurrence of unprofessional conduct occurred. It was a fabricated accusation, and meant as a negative mark to be put into my personnel file. This is targeted harassment. Managers **Joanie Hernandez** and **Kathy Short** continued to harass me by pulling me off of my workstation to question me about FMLA and RDO leave dates and continuously tried to find reasons to write me up for all my time off.

Manager Angelique Garcia had an independent security company for the airport watch me on surveillance cameras, but had no reason to do so. I found out about it when the company notified me and told me it was illegal. Co-workers also notified me that Supervisor **Jane Guerrero,** asked them to check my social media status to spy on me and keep tabs on my personal activity.

There was no reason for me to be surveyed, or for my personal activities to be monitored. I was the only black female at this facility, and felt I was being targeted for the color of my skin and disability. **Angelique Garcia** told me that I was going to be reassigned to another airport. Other employees who had the same hire date as myself were not told they would need reassigning. I fought this reassignment with higher management and won. This was a targeted discrimination and an attempt to force me to leave my position at the airport.

When I filed a complaint with the EEOC regarding the discrimination I was experiencing, I was retaliated against. I was let go from my position, and was told it was due to my disability and failure to do the required physical job duties. I was hired with this same disability. There were no complaints in my file previous

to my firing stating that I was having problems fulfilling my job duties. There is no justification for my having been terminated.

The EEO laws prohibit punishing job applicants or employees for asserting their rights to be free from employment discrimination including harassment. Asserting these EEO rights is called "protected activity." I believe I was not protected, and was wrongfully terminated for filing my harassment complaint.

I am a qualified individual with a disability, and my statements are corroborated and confirmed by employees and immediate supervisors.

III. **RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

*See attachment*

I am requesting that the court appoint an attorney for my case. In 2014 when I began experiencing discrimination and harassment in the workplace, I hired a lawyer Joseph Howell who agreed to take it on contingency. He then passed away. The case was then given to his law partners Robert J Pechora, who held on to my case for two years without doing anything further.

I have tried since then to find new representation, but have been told by over a dozen attorneys that they don't handle federal cases, and when they hear how old this case is, and where I am at with it, they will not consider taking the case, because they don't have the appropriate amount of time to go through the case file to represent me properly.

I do not have the financial means to pay a lawyer any kind of retainer, which is why I am seeking help from the court.

**IV.   DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes   ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

Date: Oct 22, 2019

Signature: [signed]

Printed Name: Lori Adams-Benjamin